IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PAULINE LELAND,

    Plaintiff,

v.                                        CASE NO.: 4:08cv422-SPM-WCS

ADVANCE AMERICA, CASH ADVANCE
CENTERS OF FLORIDA, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to the Mediation Report (doc. 33) advising that this case has settled, and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 10th day of September, 2009.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      Chief United States District Judge